*WILLIAMS *against* QUIN. [*539]

In this cause, the affidavit for a certiorari under the statute, (sess. 48, ch. 238,) was made 6 months after the judgment was rendered by the justice; for which cause

*W. M. Oliver*, for the defendant in error, moved to set the writ aside as irregular.

S. P. As to the time with in which an affidavit for a certiorari must be made under the statute, (sess. 48, ch 238.)

(a) See the next preceding case.

ALBANY,
Oct. 1827.

Ex parte
Peru Iron Co.

*R. N. Morrison,* contra.

*Curia.* The motion is denied.

Motion denied, with costs.

---

[*540]    *\*Ex parte* THE PERU IRON COMPANY.